RUSSELL J. PERRINE, Appellant, v. FRANCIS J. WILLIAMS, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Defendant's time to answer is extended until ten days from the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOKLYN UNION GAS COMPANY, Respondent, v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments, Head of the Department of Taxes and Assessments of The City of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

JOHN WEIS, Respondent, v. LONG ISLAND RAILROAD COMPANY, Defendant, and THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ISIDORE J. BEAUDRIAS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order denying defendant's motion for change of venue and granting plaintiff's cross-motion for an order permitting the action to remain in Westchester county upon the ground that the ends of justice will be promoted by so doing, affirmed, with ten dollars costs and disbursements. It was proper for a determination to be had on the merits on the basis of plaintiff's cross-motion for retention of the cause in Westchester county. (Civ. Prac. Act, § 117; Behrman v. Pioneer Pearl Button Co., 190 App. Div. 843; Ackerman v. Cummiskey, 236 id. 519; McDaniels v. Doubleday, 241 id. 51.) In view of the access of the parties to voluminous records which is afforded by retention of place of trial in Westchester county, we are of opinion that the granting of the cross-motion was a sound exercise of discretion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.